**Order entered April 12, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00766-CV

## MICHAEL A. NASR, Appellant

## V.

## JOHN DAVID WHITEHEAD, Appellee

### On Appeal from the 101st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-19-03670

## ORDER

Before the Court is appellant's April 8, 2021 second motion for an extension of time to file his reply brief. We **GRANT** the motion. We **ORDER** the reply brief tendered to this Court by appellant on April 8, 2021 filed as of the date of this order.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE